## Marie J. Kleinschmidt, Plaintiff-Appellee, v. Edward E. Kleinschmidt, Kleinschmidt Laboratories, Inc. et al., Defendants.
## Edward E. Kleinschmidt, Defendant-Appellant.

### Gen. No. 10,538.

Vogel & Bunge, for appellant; L. H. Vogel, George C. Bunge, and Albert L. Hall, of counsel; Harry C. Alberts, and Taylor E. Wilhelm, for appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full. Opinion filed March 4, 1952; released for publication March 24, 1952.